| Statement of Earnings For: | Sabrina Smith | | | | | | West Oak Lane Charter School |
|---|---|---|---|---|---|---|---|
| Employee #: | 347 | Funding | 100 | Period Begin: | 8/15/2021 | Check Date: | 9/3/2021 |
| Clock Number: | | Function code | 1101 | Period End: | 8/28/2021 | Pay Type: | Salary |
| Company Id: | ST22 | Federal Filing: | Single | Exemptions: | 3 | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

West Oak Lane Charter School
7115 Stenton Ave
Philadelphia, PA 19138

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3022102 | $0.00 | $838.29 | $636.35 | |

### EARNINGS / TAXES / DEDUCTIONS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description (TAXES) | Current | YTD | Description (DEDUCTIONS) | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 20.9572 | 40.00 | 838.29 | 1,260.50 | 25,860.24 | SOC SEC EE | 51.97 | 2,130.66 | PSERS | 67.06 | 2,476.63 |
| Sick | | 0.00 | 0.00 | 71.00 | 1,191.47 | MED EE | 12.16 | 498.30 | | | |
| Holiday | | 0.00 | 0.00 | 120.00 | 2,460.16 | FEDERAL WH | 12.32 | 1,933.63 | | | |
| Personal | | 0.00 | 0.00 | 11.00 | 217.76 | PA WH | 25.74 | 1,055.01 | | | |
| Prof Develop | | 0.00 | 0.00 | 1.75 | 35.88 | PHILADELPHIA | 32.19 | 1,326.75 | | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,000.00 | PA SUI EE | 0.50 | 20.62 | | | |
| Internet Reim | | 0.00 | 0.00 | 0.00 | 600.00 | | | | | | |
| Slide Into Summ | | 0.00 | 0.00 | 0.00 | 3,000.00 | | | | | | |
| **Total:** | | 40.00 | 838.29 | 1,464.25 | 34,365.51 | **Total:** | 134.88 | 6,964.97 | **Total:** | 67.06 | 2,476.63 |

### CURRENT PERIOD LEAVE ACCRUAL / DISTRIBUTION OF NET PAY

| | Accrued: | Taken: | Balance | | | |
|---|---|---|---|---|---|---|
| Sick | 0.0000 | 0.00 | 80.00 | Checking | Accou | Deposit Amount: | 636.35 |
| Personal | 0.0000 | 0.00 | 24.00 | | | | |

West Oak Lane Charter School
7115 Stenton Ave
Philadelphia, PA 19138

347 100 1101
**Sabrina Smith**
8600 Temple Rd
Philadelphia, PA 19150

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/3/2021 | V3022102 |

| TOTAL NET PAY |
|---|
| ********$636.35 |

**NOT NEGOTIABLE**

**Statement of Earnings For:** Sabrina Smith

| Employee #: | 347 | Funding | 100 | Period Begin: | 8/29/2021 | Check Date: | 9/17/2021 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Function code | 1101 | Period End: | 9/11/2021 | Pay Type: | Salary |
| Company Id: | ST22 | Federal Filing: | Single | Exemptions: | 3 | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

West Oak Lane Charter School
7115 Stenton Ave
Philadelphia, PA 19138

| Voucher Id | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| V3047894 | $0.00 | $1,676.58 | $1,197.66 |

**Check Message**

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours* | YTD Dollars* |
|---|---|---|---|---|---|
| Regular | 20.9572 | 72.00 | 1,508.92 | 1,332.50 | 27,369.16 |
| Holiday | 20.9572 | 8.00 | 167.66 | 128.00 | 2,627.82 |
| Sick | | 0.00 | 0.00 | 71.00 | 1,191.47 |
| Personal | | 0.00 | 0.00 | 11.00 | 217.76 |
| Prof Develop | | 0.00 | 0.00 | 1.75 | 35.88 |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| Internet Reim | | 0.00 | 0.00 | 0.00 | 600.00 |
| Slide Into Summ | | 0.00 | 0.00 | 0.00 | 3,000.00 |
| **Total:** | | **80.00** | **1,676.58** | **1,544.25** | **36,042.09** |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 103.95 | 2,234.61 |
| MED EE | 24.31 | 522.61 |
| FEDERAL WH | 99.67 | 2,033.30 |
| PA WH | 51.47 | 1,106.48 |
| PHILADELPHIA | 64.38 | 1,391.13 |
| PA SUI EE | 1.01 | 21.63 |
| **Total:** | **344.79** | **7,309.76** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PSERS | 134.13 | 2,610.76 |
| **Total:** | **134.13** | **2,610.76** |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | | Taken: | | Balance | |
|---|---|---|---|---|---|---|
| Sick | 0.0000 | | 0.00 | | 80.00 | |
| Personal | 0.0000 | | 0.00 | | 24.00 | |

### DISTRIBUTION OF NET PAY

| | Account | Deposit Amount: |
|---|---|---|
| Checking | | 1,197.66 |

---

West Oak Lane Charter School
7115 Stenton Ave
Philadelphia, PA 19138

347 100 1101
**Sabrina Smith**
8600 Temple Rd
Philadelphia, PA 19150

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/17/2021 | V3047894 |

| TOTAL NET PAY |
|---|
| ******$1,197.66 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Sabrina Smith | | | | | | West Oak Lane Charter School |
|---|---|---|---|---|---|---|---|
| Employee #: 347 | Funding: 100 | | Period Begin: 9/12/2021 | | Check Date: 10/1/2021 | | 7115 Stenton Ave |
| Clock Number: | Function code: 1101 | | Period End: 9/25/2021 | | Pay Type: Salary | | Philadelphia, PA 19138 |
| Company Id: ST22 | Federal Filing: Single | | Exemptions: 3 | | Additional Tax: | | |
| | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V3075956 | $0.00 | $1,776.58 | $1,271.05 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 20.9572 | 80.00 | 1,676.58 | 1,412.50 | 29,045.74 |
| Internet Reim | | 0.00 | 100.00 | 0.00 | 700.00 |
| Sick | | 0.00 | 0.00 | 71.00 | 1,191.47 |
| Holiday | | 0.00 | 0.00 | 128.00 | 2,627.82 |
| Personal | | 0.00 | 0.00 | 11.00 | 217.76 |
| Prof Develop | | 0.00 | 0.00 | 1.75 | 35.88 |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| Slide Into Summ | | 0.00 | 0.00 | 0.00 | 3,000.00 |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 110.15 | 2,344.76 |
| MED EE | 25.76 | 548.37 |
| FEDERAL WH | 111.67 | 2,144.97 |
| PA WH | 54.54 | 1,161.02 |
| PHILADELPHIA | 68.22 | 1,459.35 |
| PA SUI EE | 1.06 | 22.69 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PSERS | 134.13 | 2,744.89 |

| Total: | 80.00 | 1,776.58 | 1,624.25 | 37,818.67 | Total: 371.40 | 7,681.16 | Total: 134.13 | 2,744.89 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Sick | 0.0000 | 0.00 | 80.00 |
| Personal | 0.0000 | 0.00 | 24.00 |

### DISTRIBUTION OF NET PAY

| | Account | Deposit Amount: |
|---|---|---|
| Checking | | 1,271.05 |

---

West Oak Lane Charter School
7115 Stenton Ave
Philadelphia, PA 19138

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/1/2021 | V3075956 |

| TOTAL NET PAY |
|---|
| ******$1,271.05 |

347 100 1101
**Sabrina Smith**
8600 Temple Rd
Philadelphia, PA 19150

**NOT NEGOTIABLE**

**Statement of Earnings For:** Sabrina Smith

| Employee #: | 347 | Funding | 100 | Period Begin: | 9/26/2021 | Check Date: | 10/15/2021 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Function code | 1101 | Period End: | 10/9/2021 | Pay Type: | Salary |
| Company Id: | ST22 | Federal Filing: | Single | Exemptions: | 3 | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

**West Oak Lane Charter School**
7115 Stenton Ave
Philadelphia, PA 19138

| Voucher Id | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| V3101164 | $0.00 | $1,676.57 | $1,197.66 |

**Check Message**

### EARNINGS
*Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 20.9572 | 77.00 | 1,613.70 | 1,489.50 | 30,659.44 |
| Personal | 20.9572 | 3.00 | 62.87 | 14.00 | 280.63 |
| Sick | | 0.00 | 0.00 | 71.00 | 1,191.47 |
| Holiday | | 0.00 | 0.00 | 128.00 | 2,627.82 |
| Prof Develop | | 0.00 | 0.00 | 1.75 | 35.88 |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| Internet Reim | | 0.00 | 0.00 | 0.00 | 700.00 |
| Slide Into Summ | | 0.00 | 0.00 | 0.00 | 3,000.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 103.94 | 2,448.70 |
| MED EE | 24.31 | 572.68 |
| FEDERAL WH | 99.67 | 2,244.64 |
| PA WH | 51.47 | 1,212.49 |
| PHILADELPHIA | 64.38 | 1,523.73 |
| PA SUI EE | 1.01 | 23.70 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PSERS | 134.13 | 2,879.02 |

| Total: | | 80.00 | 1,676.57 | 1,704.25 | 39,495.24 | Total: | 344.78 | 8,025.94 | Total: | 134.13 | 2,879.02 |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Sick | 0.0000 | 0.00 | 80.00 |
| Personal | 0.0000 | 3.00 | 21.00 |

### DISTRIBUTION OF NET PAY

| Checking | Acc | Deposit Amount: | 1,197.66 |
|---|---|---|---|

West Oak Lane Charter School
7115 Stenton Ave
Philadelphia, PA 19138

347 100 1101
**Sabrina Smith**
8600 Temple Rd
Philadelphia, PA 19150

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/15/2021 | V3101164 |

| TOTAL NET PAY |
|---|
| ******$1,197.66 |

**NOT NEGOTIABLE**

**Statement of Earnings For:** Sabrina Smith

| Employee #: | 347 | Funding: | 100 | Period Begin: | 10/10/2021 | Check Date: | 10/29/2021 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Clock Number: | | Function code: | 1101 | Period End: | 10/23/2021 | Pay Type: | Salary |
| Company Id: | ST22 | Federal Filing: | Single | Exemptions: | 3 | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

**West Oak Lane Charter School**
7115 Stenton Ave
Philadelphia, PA 19138

| Voucher Id | Check Amount | Gross Pay | Net Pay |
| --- | --- | --- | --- |
| V3123198 | $0.00 | $1,776.58 | $1,271.05 |

**Check Message**

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours* | YTD Dollars* |
| --- | --- | --- | --- | --- | --- |
| Regular | 20.9572 | 80.00 | 1,676.58 | 1,569.50 | 32,336.02 |
| Internet Reim | | 0.00 | 100.00 | 0.00 | 800.00 |
| Sick | | 0.00 | 0.00 | 71.00 | 1,191.47 |
| Holiday | | 0.00 | 0.00 | 128.00 | 2,627.82 |
| Personal | | 0.00 | 0.00 | 14.00 | 280.63 |
| Prof Develop | | 0.00 | 0.00 | 1.75 | 35.88 |
| Bonus | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| Slide Into Summ | | 0.00 | 0.00 | 0.00 | 3,000.00 |
| **Total:** | | **80.00** | **1,776.58** | **1,784.25** | **41,271.82** |

*Not included in Totals

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| SOC SEC EE | 110.15 | 2,558.85 |
| MED EE | 25.76 | 598.44 |
| FEDERAL WH | 111.67 | 2,356.31 |
| PA WH | 54.54 | 1,267.03 |
| PHILADELPHIA | 68.22 | 1,591.95 |
| PA SUI EE | 1.06 | 24.76 |
| **Total:** | **371.40** | **8,397.34** |

### DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| PSERS | 134.13 | 3,013.15 |
| **Total:** | **134.13** | **3,013.15** |

### CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
| --- | --- | --- | --- |
| Sick | 0.0000 | 0.00 | 80.00 |
| Personal | 0.0000 | 0.00 | 21.00 |

### DISTRIBUTION OF NET PAY

| | Account | Deposit Amount: |
| --- | --- | --- |
| Checking | | 1,271.05 |

---

West Oak Lane Charter School
7115 Stenton Ave
Philadelphia, PA 19138

347 100 1101
**Sabrina Smith**
8600 Temple Rd
Philadelphia, PA 19150

| CHECK DATE | VOUCHER ID |
| --- | --- |
| 10/29/2021 | V3123198 |

| TOTAL NET PAY |
| --- |
| ******$1,271.05 |

**NOT NEGOTIABLE**