*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sabrina M. Smith
    Debtor(s)

Case No: 21−12876−amc

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/4/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

18 − 11
Form 152