United States Bankruptcy Court

Eastern District of Pennsylvania

In re:            Case No. 21-12876-amc

Sabrina M. Smith            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Nov 19, 2021      Form ID: 152      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sabrina M. Smith, 8600 Temple Road, Philadelphia, PA 19150-1911 |
| 14644594 | + | Abington Memorial Hospital, PO Box 786331, Philadelphia, PA 19178-6331 |
| 14644595 | | Abington Primary Women's Healthcare Grou, 1200 Old York Rd., Abington, PA 19001-3720 |
| 14645613 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14644601 | + | Grimley Financial, 30 Washington Ave., Suite C-6, Haddonfield, NJ 08033-3341 |
| 14648167 | + | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14648339 | + | LAKEVIEW LOAN SERVICING, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14644603 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14644604 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14644606 | + | Transworld Systems, Inc., POB 15095, Wilmington, DE 19850-5095 |
| 14644608 | + | Whitemarsh Community Ambulance Assoc., c/o Miller, Turetsky, Rule @ McLennan, 3770 Ridge Pike, Collegeville, PA 19426-3170 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 19 2021 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2021 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 19 2021 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14645776 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2021 23:45:36 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14644596 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2021 23:45:36 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14647485 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 19 2021 23:45:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14644597 | + | Email/Text: mediamanagers@clientservices.com | Nov 19 2021 23:38:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14644598 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2021 23:38:00 | Comenity Bank-New York & Co., PO Box 182789, Columbus, OH 43218-2789 |
| 14644599 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 19 2021 23:38:00 | Credit Acceptance, 25505 West Twelve Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14644600 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 19 2021 23:39:00 | Flagstar Bank, E115-3, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14647822 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 19 2021 23:38:00 | Kohl's, Peritus Portfolio Services II, LLC, PO |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2021 | Form ID: 152 | Total Noticed: 27 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | BOX 141509, IRVING, TX 75014-1509 |
| 14644602 | Email/Text: PBNCNotifications@peritusservices.com | Nov 19 2021 23:38:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14646330 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2021 23:45:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14644605 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2021 23:45:39 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14645047 | Email/Text: bnc-quantum@quantum3group.com | Nov 19 2021 23:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14644607 | Email/Text: megan.harper@phila.gov | Nov 19 2021 23:39:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Sabrina M. Smith Perlick@verizon.net pireland1@verizon.net |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sabrina M. Smith

    Debtor(s)

Case No: 21−12876−amc

Chapter: 13

___

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/4/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

18 − 11
Form 152