This Document Prepared By:
EBONY TURNER
FLAGSTAR BANK, FSB
532 RIVERSIDE AVE.
JACKSONVILLE, FL 32202
800-393-4887

When Recorded Mail To:
FIRST AMERICAN TITLE
ATTN: JAVIER TONY VARGAS
3 FIRST AMERICAN WAY
SANTA ANA, CA 92707

Tax/Parcel #: ▉▉▉▉▉
_____ [Space Above This Line for Recording Data] _____

Original Principal Amount: $156,310.00         FHA\VA Case No ▉▉▉
Unpaid Principal Amount: $139,586.18
New Principal Amount: $139,586.18              Loan N▉▉▉
New Money (Cap): $0.00

# LOAN MODIFICATION AGREEMENT (MORTGAGE)

This Loan Modification Agreement ("Agreement"), made this    23RD day of SEPTEMBER, 2021, between SABRINA SMITH ("Borrower"), whose address is 8600 TEMPLE ROAD, PHILADELPHIA, PENNSYLVANIA 19150 and LAKEVIEW

Page 1

**LOAN SERVICING, LLC, BY FLAGSTAR BANK FSB, ATTORNEY IN FACT UNDER LIMITED POA** ("Lender"), whose address is **532 RIVERSIDE AVE., JACKSONVILLE, FL 32202**, amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated **APRIL 21, 2008** and recorded on **MAY 8, 2008** in **INSTRUMENT NO. 51901543**, of the **OFFICIAL** Records of **PHILADELPHIA COUNTY, PENNSYLVANIA**, and (2) the Note **bearing the same date as**, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at

**8600 TEMPLE ROAD, PHILADELPHIA, PENNSYLVANIA 19150**
(Property Address)
the real property described being set forth as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of, **OCTOBER 1, 2021** the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$139,586.18**, consisting of the amount(s) loaned to Borrower by Lender, plus capitalized interest and other amounts capitalized, which is limited to escrows, and any legal fees and related foreclosure costs that may have been accrued for work completed, in the amount of U.S. **$0.00**.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **3.1250%**, from **OCTOBER 1, 2021**. The Borrower promises to make monthly payments of principal and interest of U.S. $ **597.95**, beginning on the **1ST** day of **NOVEMBER, 2021**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on **OCTOBER 1, 2051** (the "Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is

delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

    (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

    (b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. **If the Borrower has, since inception of this loan but prior to this Agreement, received a discharge in a Chapter 7 bankruptcy, and there having been no valid reaffirmation of the underlying debt, by entering into this Agreement, the Lender is not attempting to re-establish any personal liability for the underlying debt.**

6. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

7. Borrower agrees to make and execute other documents or papers as may be necessary to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

In Witness Whereof, I have executed this Agreement.

_____    11/19/2021
Borrower: SABRINA SMITH                              Date

_____[Space Below This Line for Acknowledgments]_____

**BORROWER ACKNOWLEDGMENT**

State of Pennsylvania
County of Philadelphe

This record was acknowledged before me on  November 19, 2021  (date)
by SABRINA SMITH (name(s) of individual(s)).

Patricia A Ireland                                    (Stamp)
Signature of notarial officer

Patricia A Ireland, Notary
Printed Name and Title of office

```
Commonwealth of Pennsylvania - Notary Seal
PATRICIA A IRELAND - Notary Public
Philadelphia County
My Commission Expires Apr 24, 2024
Commission Number 1077269
```

My commission expires: April 24, 2024

In Witness Whereof, the Lender has executed this Agreement.

**LAKEVIEW LOAN SERVICING, LLC, BY FLAGSTAR BANK FSB, ATTORNEY IN FACT UNDER LIMITED POA**

By _____ (print name)    Date _____
(title)

_____ [Space Below This Line for Acknowledgments] _____

STATE OF FLORIDA
COUNTY OF _____

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this _____ day of _____, _____(year), by _____ (name of person) as _____ (type of authority,...e.g. officer, trustee, attorney in fact) for **LAKEVIEW LOAN SERVICING, LLC, BY FLAGSTAR BANK FSB, ATTORNEY IN FACT UNDER LIMITED POA** (name of party on behalf of whom instrument was executed).

_____
(Signature of Notary Public - State of Florida)

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known OR Produced Identification
Type of Identification Produced _____

# EXHIBIT A

**BORROWER(S): SABRINA SMITH**

**LOAN NUMBER:** ███████

**LEGAL DESCRIPTION:**

The land referred to in this document is situated in the 50TH WARD OF THE CITY OF PHILADELPHIA, COUNTY OF PHILADELPHIA, STATE OF PA, and described as follows:

DESCRIBED ACCORDING TO A SURVEY AND PLAN THEREOF MADE BY JOSEPH F. DELANY, ESQUIRE, SURVEYOR AND REGULATOR OF THE 5TH DISTRICT, DATED JANUARY 15TH, 1952, AS FOLLOWS, TO WIT:

BEGINNING AT A POINT FORMED BY THE INTERSECTION OF THE SOUTHWESTERLY SIDE OF TEMPLE ROAD (50 FEET WIDE) WITH THE NORTHWESTERLY SIDE OF ROUMFORT ROAD (60 FEET WIDE);

THENCE EXTENDING SOUTH 38 DEGREES 36 MINUTES 6 SECONDS WEST ALONG THE SAID SIDE OF ROUMFORT ROAD 90 FEET TO A POINT ON THE CENTER LINE OF A CERTAIN 15 FEET WIDE DRIVEWAY, SAID DRIVEWAY EXTENDING FROM ROUMFORT ROAD TO IVY HILL ROAD; THENCE EXTENDING 51 DEGREES 23 MINUTES 18 SECONDS WEST ALONG THE CENTER LINE OF THE SAID DRIVEWAY 26 FEET 5 INCHES TO A POINT; THENCE EXTENDING NORTH 38 DEGREES 36 MINUTES 6 SECONDS EAST PARTLY THROUGH THE CENTER OF A PARTY WALL ERECTED PARTLY ON THESE PREMISES AND PARTLY ON PREMISES ADJOINING TO THE NORTHWEST 90 FEET TO A POINT ON THE SOUTHWESTERLY SIDE OF TEMPLE ROAD AFORESAID; THENCE EXTENDING SOUTH 51 DEGREES 23 MINUTES 18 SECONDS EAST ALONG THE SAID SIDE OF TEMPLE ROAD 26 FEET 5 INCHES TO THE FIRST MENTIONED POINT AND PLACE OF BEGINNING.

ALSO KNOWN AS: 8600 TEMPLE ROAD, PHILADELPHIA, PENNSYLVANIA 19150

Date: **SEPTEMBER 23, 2021**
Loan Number:
Lender: **LAKEVIEW LOAN SERVICING, LLC, BY FLAGSTAR BANK FSB, ATTORNEY IN FACT UNDER LIMITED POA**

Borrower: **SABRINA SMITH**

Property Address: **8600 TEMPLE ROAD, PHILADELPHIA, PENNSYLVANIA 19150**

## NOTICE OF NO ORAL AGREEMENTS

THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO ORAL AGREEMENTS BETWEEN THE PARTIES.

**Receipt of Notice.** The undersigned hereby admit to having each received and read a copy of this Notice on or before execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

_____     11/19/2021
Borrower                                                    Date
**SABRINA SMITH**

Date: SEPTEMBER 23, 2021
Loan Number: ▮▮▮▮▮▮▮
Lender: **LAKEVIEW LOAN SERVICING, LLC, BY FLAGSTAR BANK FSB, ATTORNEY IN FACT UNDER LIMITED POA**
Borrower: **SABRINA SMITH**
Property Address: **8600 TEMPLE ROAD, PHILADELPHIA, PENNSYLVANIA 19150**

## ERRORS AND OMISSIONS COMPLIANCE AGREEMENT

In consideration of **LAKEVIEW LOAN SERVICING, LLC, BY FLAGSTAR BANK FSB, ATTORNEY IN FACT UNDER LIMITED POA**
(the "Lender") agreeing to modify the referenced loan (the "Loan") to the Borrower, the Borrower agrees that if requested by the Lender, the Borrower will correct, or cooperate in the correction of, any clerical errors made in any document or agreement entered into in connection with the modification of the Loan, if deemed necessary or desirable in the reasonable discretion of the Lender, to enable Lender to sell, convey, seek guaranty or market the Loan to any entity, including without limitation, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, the Federal Housing Authority, the Department of Veterans Affairs or any municipal bond authority.

The Borrower agrees to comply with all such requests made by the Lender within 30 days of receipt of written request from the Lender. Borrower agrees to assume all costs that may be incurred by the Lender, including without limitation, actual expenses, legal fees and marketing losses, as a result of the Borrower's failure to comply with all such requests within such 30 day time period.

The Borrower makes this agreement in order to assure that the documents and agreements executed in connection with the modification of the Loan will conform to and be acceptable in the marketplace in the event the Loan is transferred, conveyed, guaranteed or marketed by the Lender.

_____    11/19/2021
**SABRINA SMITH**                                Date

# CERTIFICATE OF RESIDENCE

**TITLE OF DOCUMENT**
LOAN MODIFICATION AGREEMENT (MORTGAGE)

**BETWEEN:**
SABRINA SMITH (assignor/Mortgagor/grantor)

**AND:**
LAKEVIEW LOAN SERVICING, LLC, BY FLAGSTAR BANK FSB, ATTORNEY IN FACT UNDER LIMITED POA (assignee/Mortgagee/grantee)

I do hereby certify that the precise address of the within named Mortgagee is:
LAKEVIEW LOAN SERVICING, LLC, BY FLAGSTAR BANK FSB, ATTORNEY IN FACT UNDER LIMITED POA
532 RIVERSIDE AVE.
JACKSONVILLE, FL 32202

By: _____

Print Name: _____

Title: _____