# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sabrina M. Smith<br>　　　　　Debtor(s)<br><br>LAKEVIEW LOAN SERVICING, LLC<br>　　　　　Movant<br>　　vs.<br>Sabrina M. Smith<br>　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 21-12876 AMC<br><br><br><br>11 U.S.C. Sections 362 |

## ORDER

　　　　AND NOW, this        day of                , 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

　　　　The Motion is granted and the Loan Modification Agreement executed on November 19, 2021 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: March 8, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Sabrina M. Smith
8600 Temple Road
Philadelphia, PA 19150

Zachary Perlick Esq.
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532