# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sabrina M. Smith
    Debtor(s)

LAKEVIEW LOAN SERVICING, LLC, its successors and/or assigns
    Movant

vs.

Sabrina M. Smith
    Debtor(s)

Kenneth E. West
    Trustee

CHAPTER 13

NO. 21-12876 AMC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about **December 8, 2021, docket number 20**.

    Respectfully submitted,

    /s/ Rebecca A. Solarz, Esq.
    _____
    Rebecca A. Solarz, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    Phone: (215)-627-1322

Dated: June 21, 2022