**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PA**

Chapter:      13
Case No:      2112876

In re:      SABRINA M SMITH

Account Number:  5245

**WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 10 filed on 12/17/2021 in the amount of $1,444.94 .

On this date 6/29/2022.

By:   /s/ Ciara M. Lawton
      Ciara M. Lawton
      Bankruptcy Representative
      PRA Receivables Management, LLC., as agent of
      Portfolio Recovery Associates LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@prareceivables.com