United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12876-amc |
| Sabrina M. Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 28, 2022 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sabrina M. Smith, 8600 Temple Road, Philadelphia, PA 19150-1911 |
| 14644594 | + | Abington Memorial Hospital, PO Box 786331, Philadelphia, PA 19178-6331 |
| 14644595 | | Abington Primary Women's Healthcare Grou, 1200 Old York Rd., Abington, PA 19001-3720 |
| 14644601 | + | Grimley Financial, 30 Washington Ave., Suite C-6, Haddonfield, NJ 08033-3341 |
| 14648167 | + | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14648339 | + | LAKEVIEW LOAN SERVICING, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14644603 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14644604 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14644608 | + | Whitemarsh Community Ambulance Assoc., c/o Miller, Turetsky, Rule @ McLennan, 3770 Ridge Pike, Collegeville, PA 19426-3170 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14645613 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 00:18:40 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14645776 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 00:18:40 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14655410 | | Email/Text: megan.harper@phila.gov | Jun 29 2022 00:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14644596 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:18:34 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14647485 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:18:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14644597 | + | Email/Text: mediamanagers@clientservices.com | Jun 29 2022 00:15:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14644598 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:15:00 | Comenity Bank-New York & Co., PO Box 182789, Columbus, OH 43218-2789 |
| 14644599 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2022 00:15:00 | Credit Acceptance, 25505 West Twelve Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14654435 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 29 2022 00:15:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14644600 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 29 2022 00:15:00 | Flagstar Bank, E115-3, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14647822 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:15:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14644602 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:15:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |

Case 21-12876-amc   Doc 47   Filed 06/30/22   Entered 07/01/22 00:34:15   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: 155 | Total Noticed: 28 |

| | | | |
|---|---|---|---|
| 14646330 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:18:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14651466 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 29 2022 00:15:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14644605 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:18:45 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14656356 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:18:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14645047 | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:15:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14644606 | + Email/Text: bankruptcydepartment@tsico.com | Jun 29 2022 00:15:00 | Transworld Systems, Inc., POB 15095, Wilmington, DE 19850-5095 |
| 14644607 | Email/Text: megan.harper@phila.gov | Jun 29 2022 00:15:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Sabrina M. Smith Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sabrina M. Smith
      Debtor(s)
                           Chapter: 13

                           Bankruptcy No: 21−12876−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 28th day of June, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                       Ashely M. Chan
                                                       Judge ,
                                                       United States Bankruptcy Court

                                                                               42 − 12, 37
                                                                               Form 155