# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 21-12876-AMC

SABRINA M. SMITH

8600 TEMPLE ROAD

PHILADELPHIA, PA 19150

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SABRINA M. SMITH

    8600 TEMPLE ROAD

    PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                              /S/ Kenneth E. West

Date: 10/4/2022                                    _____

                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee