United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12876-amc |
| Sabrina M. Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sabrina M. Smith, 8600 Temple Road, Philadelphia, PA 19150-1911 |
| 14644594 | + | Abington Memorial Hospital, PO Box 786331, Philadelphia, PA 19178-6331 |
| 14644595 | | Abington Primary Women's Healthcare Grou, 1200 Old York Rd., Abington, PA 19001-3720 |
| 14644601 | + | Grimley Financial, 30 Washington Ave., Suite C-6, Haddonfield, NJ 08033-3341 |
| 14648339 | + | LAKEVIEW LOAN SERVICING, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14644603 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14644604 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14644608 | + | Whitemarsh Community Ambulance Assoc., c/o Miller, Turetsky, Rule @ McLennan, 3770 Ridge Pike, Collegeville, PA 19426-3170 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2022 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2022 00:15:50 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14645613 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 30 2022 00:15:58 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14645776 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 30 2022 00:15:58 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14655410 | | Email/Text: megan.harper@phila.gov | Nov 30 2022 00:09:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14644596 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 00:15:50 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 14647485 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 30 2022 00:15:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14644597 | + | Email/Text: mediamanagers@clientservices.com | Nov 30 2022 00:09:00 | Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14644598 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2022 00:09:00 | Comenity Bank-New York & Co., PO Box 182789, Columbus, OH 43218-2789 |
| 14644599 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 30 2022 00:09:00 | Credit Acceptance, 25505 West Twelve Mile |

Case 21-12876-amc    Doc 56    Filed 12/01/22    Entered 12/02/22 00:34:02    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Road, Suite 3000, Southfield, MI 48034-8331 |
| 14654435 | | Email/Text: cashiering-administrationservices@flagstar.com Nov 30 2022 00:09:00 | | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14644600 | | Email/Text: cashiering-administrationservices@flagstar.com Nov 30 2022 00:09:00 | | Flagstar Bank, E115-3, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14647822 | + | Email/Text: PBNCNotifications@peritusservices.com Nov 30 2022 00:09:00 | | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14644602 | | Email/Text: PBNCNotifications@peritusservices.com Nov 30 2022 00:09:00 | | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14648167 | ^ | MEBN Nov 30 2022 00:07:25 | | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14646330 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 30 2022 00:15:55 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14651466 | + | Email/Text: bankruptcygroup@peco-energy.com Nov 30 2022 00:09:00 | | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14644605 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2022 00:15:54 | | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14656356 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2022 00:15:50 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14645047 | | Email/Text: bnc-quantum@quantum3group.com Nov 30 2022 00:09:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14644606 | + | Email/Text: bankruptcydepartment@tsico.com Nov 30 2022 00:09:00 | | Transworld Systems, Inc., POB 15095, Wilmington, DE 19850-5095 |
| 14644607 | | Email/Text: megan.harper@phila.gov Nov 30 2022 00:09:00 | | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed**

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Nov 29, 2022 Form ID: pdf900 Total Noticed: 31

below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Sabrina M. Smith Perlick@verizon.net pireland1@verizon.net |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> SABRINA M. SMITH | Chapter 13 |
| Debtor | Bankruptcy No. 21-12876-AMC |

# O R D E R

    **AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: November 29, 2022

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
SABRINA M. SMITH

8600 TEMPLE ROAD

PHILADELPHIA, PA 19150